IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| BEVERLY MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:11cv529-MHT |
| | ) | (WO) |
| CITY OF PHENIX CITY, ALABAMA, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant City of Phenix City, Alabama's motion for summary judgment (Doc. No. 12) is granted.

(2) Judgment is entered in favor of defendant City of Phenix City, Alabama and against plaintiff Beverly Mills, with plaintiff Mills taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Mills, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of July, 2012.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE